USA-74-24B
(Rev. 05/01)

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

HOUSTON DIVISION

USAO Number: 2022R02443

Magistrate Number:

CRIMINAL INDICTMENT

CRIMINAL DOCKET

**SEALED**
United States Courts
Southern District of Texas
FILED

*May 17, 2023*

Filed   Nathan Ochsner, Clerk of Court

No. **4:23-cr-218**

Judge: **Eskridge**

**ATTORNEYS:**

**ALAMDAR S. HAMDANI, USA**   (713) 567-9000

Stephanie Bauman, AUSA   (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| UNITED STATES of AMERICA vs. | | |
| HARDIK JAYANTILAL PATEL (Cts. 1-7) | ☐ | ☐ |
| aka Erik | ☐ | ☐ |
| aka Mitesh | ☐ | ☐ |
| aka Nick, aka Dev | ☐ | ☐ |
| DHIRENKUMAR VISHNUBHAI PATEL (Cts. 1, 7) | ☐ | ☐ |

**CHARGE:**
Ct. 1: Conspiracy to Commit Mail Fraud [18 U.S.C. § 1349]
Cts. 2-6: Mail Fraud [18 U.S.C. §§ 1341 and 2]
Ct. 7: Conspiracy to Commit Money Laundering [18 U.S.C. § 1956(h)]

**(TOTAL)**
**(COUNTS:)**
**( 7 )**

**PENALTY:** Cts. 1-6: Up to 20 years imprisonment; up to $250,000 fine; supervised release term up to 3 years; $100 special assessment
Ct. 7: Up to 20 years imprisonment; up to $500,000 fine or twice the amount of the funds laundered; supervised release term up to 3 years; $100 special assessment.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: