**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 4:23-cr-218** |
| | § | **UNDER SEAL** |
| **(1) HARDIK JAYANTILAL PATEL,** | § | |
| **aka Erik,** | § | |
| **aka Mitesh,** | § | |
| **aka Nick,** | § | |
| **aka Dev,** | § | |
| **(2) DHIRENKUMAR VISHNUBHAI PATEL,** | § | |
| | | |
| **Defendants.** | | |

### ORDER ON UNITED STATES'S MOTION TO SEAL INDICTMENT

Pending before the Court is the United States Motion to Seal the Indictment. The Court hereby GRANTS the Motion to Seal the Indictment.

IT IS THEREFORE ORDERED that the Indictment, the Government's Motion To Seal Indictment, and the Order Sealing Indictment all be sealed together.

IT IS FURTHER ORDERED that the Indictment, Motion, and Order will automatically be unsealed as to a particular defendant when the defendant is taken into custody or shows for an initial appearance.

IT IS FURTHER ORDERED that the United States may nonetheless produce these documents to any defendant and his counsel, and to any state, local, federal, and foreign law enforcement agency assisting with, or working on this matter and related matters, to comply with its discovery obligations, continue investigation of other potential charges in this matter, and for the apprehension and extradition of any defendant.

Signed on May 17th, 2023 in Houston, Texas.

_____
UNITED STATES MAGISTRATE JUDGE