UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*August 07, 2023*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   CASE NO. 4:23-cr-218 |
| vs. | § |
| | § |
| (1) HARDIK JAYANTILAL PATEL, | § |
|     aka Erik aka Mitesh aka Nick aka Dev, and | § |
| | § |
| (2) DHIRENKUMAR VISHNUBHAI PATEL, | § |
| | § |
| Defendants. | § |

## MOTION TO UNSEAL

The United States respectfully moves this Honorable Court to unseal the Indictment and all other documents on file under this case. The documents were originally sealed pending the arrest of all defendants, who were considered by the Government to be a risk of flight. The Government has been informed that all defendants are now in custody, and the case no longer requires sealing.

Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:   */s/ Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney
SDTX Federal No. 705181
Texas State Bar No. 24055344
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone (713) 567-9419

1