CLOSED,INTERP,SEALED

# U.S. District Court
# Eastern District of Kentucky (Lexington)
# CRIMINAL DOCKET FOR CASE #: 5:23−mj−05282−MAS All Defendants
# *SEALED*
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 08/07/2023 |
| Other court case number: 4:23−cr−218 Southern District of Texas (Houston) | Date Terminated: 08/08/2023 |

Assigned to: Magistrate Judge Matthew A. Stinnett

**Defendant (1)**

| | | |
|---|---|---|
| **Hardik Jayantilal Patel**<br>*Gujarati Interpreter Required*<br>*TERMINATED: 08/08/2023*<br>also known as<br>Erik<br>*TERMINATED: 08/08/2023*<br>also known as<br>Mitesh<br>*TERMINATED: 08/08/2023*<br>also known as<br>Nick<br>*TERMINATED: 08/08/2023*<br>also known as<br>Dev<br>*TERMINATED: 08/08/2023* | represented by | **Douglas Glenn Benge**<br>Cessna and Benge<br>203 S. Main Street<br>London, KY 40741−1906<br>606−878−2500<br>Fax: 606−864−5291<br>Email: doug@cessnabenge.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Pam Ledgewood**<br>271 W. Short Street<br>Suite 403<br>Lexington, KY 40507<br>859−233−7323<br>Fax: 859−233−7323<br>Email: ledgewood.pam@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**          **Disposition**