UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
DIVISION AT

**OATH TO INTERPRETER**

Eastern District of Kentucky
**FILED**
AUG 08 2023
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

_____
INTERPRETER

_____
(Print Name) C. T. VYAS

Subscribed and sworn to before me this __8__ day of __August__, 20__

ROBERT R. CARR, CLERK

BY: _____

Date of Service: 08/08/2023
Language: GUJARATI

Case No: 5:23-mj-5282  USA  v. Patel
Proceeding: IA/Removal  Judge: Stinnett  Start Time: 3 PM

Case No: _____  _____ v. _____
Proceeding: _____  Judge: _____  Start Time: _____

Case No: _____  _____ v. _____
Proceeding: _____  Judge: _____  Start Time: _____

4