Case 5:23-mj-05283 *SEALED* Document 4 Filed 08/08/23 Page 1 of 2 Page ID 1
Case 4:23-cr-00218 Document 9-3 Filed 09/08/23 in TXSD Page 1 of 2

Eastern District of Kentucky
FILED

AUG 08 2023

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:23-mj-5283 |
| v. | |
| Dhirenkumar Vishnubhai Patel | Charging District Case No. 4:23cr-218 |
| Defendant. | |

## RULE 5 & 5.1 HEARING

I understand that I have been charged in another district, the: <u>Southern District of Texas</u> ("Charging District").

I also understand and have been informed of the charges and of my rights to:

1. Retain counsel or request the assignment of counsel if I am unable to retain counsel;

2. An identity hearing to determine whether I am the person named in the charges;

3. Production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

4. A preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand;

5. A hearing on any motion by the government for detention; and

6. Request a transfer of the proceeding(s) to this district under FED. R. CRIM. P. 20, to plead guilty.

5

As to my right to an identity hearing (check one):

☐ 1. I assert my right to an identity hearing and/or challenge the production of the warrant.

☑ 2. I waive my right to an identity hearing and production of the warrant.

As to my right to a preliminary hearing, if charged by criminal complaint (check one):

☐ 1. I assert my right to a preliminary hearing in the Eastern District of Kentucky.

☑ 2. I reserve my right to a preliminary hearing in the Charging District.

☐ 3. I waive my right to a preliminary hearing.

As to my right to a detention hearing (check one):

☐ 1. I assert my right to a detention hearing in the Eastern District of Kentucky.

☑ 2. I reserve my right to a detention hearing in the Charging District.

☐ 3. I waive my right to a detention hearing.

I consent to the issuance of an order requiring my appearance in the Charging District where the charges are pending against me.

Date: 8/8/23

_____
Defendant's Signature

_____
Defense Counsel's Signature

Randy O'Neal
_____
Printed Name of Defense Counsel

2