CLOSED,SEALED

# U.S. District Court
# Eastern District of Kentucky (Lexington)
# CRIMINAL DOCKET FOR CASE #: 5:23-mj-05283-MAS-1 *SEALED*
## *Internal Use Only*

Case title: USA v. SEALED

Date Filed: 08/07/2023

Other court case number: 4:23-cr-218 SDTX

Date Terminated: 08/08/2023

Assigned to: Magistrate Judge Matthew A. Stinnett

### Defendant (1)

**Dhirenkumar Vishnubhai Patel**
*TERMINATED: 08/08/2023*

represented by **Gerry L. Harris**
201 W. Short Street
Suite 215
Lexington, KY 40507
859-233-4110
Fax: 859-233-0117
Email: glhlawoffice@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Randy Martin O'Neal**
Jimmie Dale Williams
P.O. Box 266
Richmond, KY 40476
859-623-2000
Fax: 859-624-5297
Email: randy@jimmydalewilliams.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

1

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 CONSPIRACY TO COMMIT MAIL FRAUD; 18:1341&2 MAIL FRAUD; 18:1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING | |

**Plaintiff**

USA     represented by    **Ron L. Walker Jr., AUSA**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
859-685-4889
Fax: 859-233-2658
Email: Ron.Walker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 08/07/2023 | 1 | Rule 40/Rule 5(c) Documents as to Dhirenkumar Vishnubhai Patel (KM) (Entered: 08/07/2023) | |
| 08/07/2023 | | Arrest of Dhirenkumar Vishnubhai Patel (KM) (Entered: 08/07/2023) | |
| 08/07/2023 | | Conflict Check run. (KM) (Entered: 08/07/2023) | |
| 08/07/2023 | | CJA Case Assignment by Clerk: APPOINTED CJA Attorney Gerry Harris for Dhirenkumar Vishnubhai Patel. cc: COR, USP, USM (KM) Modified text on 8/7/2023 (KM). (Entered: 08/07/2023) | |
| 08/07/2023 | | CLERK'S VIRTUAL NOTICE re: HEARING SCHEDULE as to Dhirenkumar Vishnubhai Patel For a defendant in custody, defense counsel shall endeavor to meet with their client prior to the hearing to discuss any and all issues to be raised at the pending hearing. USMS shall, working with the relevant facility, ensure that defense counsel has access to the defendant at reasonable times and for reasonable periods. If this is not possible, a party may file a motion with the Court seeking Court guidance, if needed. INITIAL APPEARANCE – Rule 40 set for 8/8/2023 at 03:00 PM in LEXINGTON before Magistrate Judge Matthew A. Stinnett.(KM) cc: COR, USM, USP, D (Entered: 08/07/2023) | |

2

| 08/08/2023 | 3 | MINUTE ENTRY for INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as to Dhirenkumar Vishnubhai Patel held on 8/8/23 before Magistrate Judge Matthew A. Stinnett: Randy O'Neal appeared as RETAINED counsel of record. Parties appeared for initial appearance/removal hearing on an indictment warrant filed in Case No.4:23-cr-218, United States District Court, Southern District of Texas, pursuant to Rule 5.1. For the purpose of efficiency, the Court held this proceeding as to co-defendant, Hardik Jayantilal Patel, as well. Gerry Harris was asked to appear as standby counsel, but his services were not needed. Defendant does not contest that he is the individual in the warrant from the Southern District of Texas. United States requested detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(2)(A). Defendant conceded that the United States presented preponderant evidence to establish a basis to make the motion under 3142(f) (2)(A). Defendant reserved his right to a detention hearing in the Southern District of Texas. After hearing statements of counsel, and being otherwise sufficiently advised, the Court HEREBY ORDERS AS FOLLOWS: 1. Defendant shall remain in the custody of the United States Marshals Service pending prompt transfer to theSouthern District of Texas. (Tape #KYED-LEX_5-23-mj-5282-MAS and 5-23-mj-5283-MAS_20230808_150549.) Signed by Magistrate Judge Matthew A. Stinnett. (JLM)cc: COR,USM,USP,SDTX (Entered: 08/09/2023) |
| --- | --- | --- |
| 08/08/2023 | 4 | WAIVER of Rule 5(c)(3) Hearings by Dhirenkumar Vishnubhai Patel (JLM) (Entered: 08/09/2023) |
| 08/08/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Dhirenkumar Vishnubhai Patel. Defendant committed to District of Southern District of Texas. Signed by Magistrate Judge Matthew A. Stinnett on 8/8/23. (JLM)cc: COR,USM,USP (Entered: 08/09/2023) |
| 08/09/2023 |  | Notice FROM Kentucky Eastern TO Southern District of Texas (Houston) of a Rule 5, Rule 32, or Rule 40 Appearance as to Dhirenkumar Vishnubhai Patel. Your case number is: 4:23-cr-218. The clerk will transmit ALL applicable documents via email. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* cc: COR, USP, Finance (JLM) (Entered: 08/09/2023) |