UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NO. 4:23-cr-218 |
| vs. | § |
| | § |
| (1) HARDIK JAYANTILAL PATEL, | § |
|     aka Erik aka Mitesh aka Nick aka Dev, and | § |
| | § |
| (2) DHIRENKUMAR VISHNUBHAI PATEL, | § |
| | § |
| Defendants. | § |

## ORDER

IT IS the Order of this Court that the Government's Motion to Unseal is granted. The indictment and other documents filed in this case are unsealed.

Signed in Houston, Texas, on this _____ day of August, 2023.

_____
Hon. Charles R. Eskridge III
United States District Judge

1