IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:23-cr-218 |
| | § | |
| HARDIK JAYANTILAL PATEL and | § | |
| DHIRENKUMAR VISHNUBHAI PATEL | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

COMES NOW Sara Richey and hereby files this Notice of Appearance as counsel for the

Defendant Dhirenkumar Vishnubhai Patel.

Respectfully submitted,

By:     */s/ Sara Richey*
        Sara Richey
        Federal ID No. 1147425
        State Bar No. 24068763
        11777 Katy Freeway, Suite 335
        Houston, TX 77079
        (713) 636-9931 – Telephone
        sara@therricheylawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served via ECF on this the

18th day of August 2023.

*/s/ Sara Richey*
Sara Richey