| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cr-218 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| (1) Hardik Jayantilal Patel, aka Erik aka Mitsh aka Nick aka Dev., and (2) Dhirenkumar Vishnubhai Patel |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Steven A. Block<br>Holland & Knight LLP<br>150 N. Riverside Plaza<br>27th Floor<br>Chicago, IL 60606<br>Illinois<br>ARDC#6269433 |
|---|---|

| Name of party applicant seeks to appear for: | Hardik Jayantilal Patel, aka Erik aka Mitsh aka Nick aka Dev |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/22/2023 | Signed: | Steven A. Block |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
                          United States District Judge