IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:23-cr-218 |
| § | |
| HARDIK JAYANTILAL and § | |
| DHIRENKUMAR VISHNUBHAI PATEL, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

COMES NOW Francie Trimble and hereby files this Notice of Appearance as counsel for Defendant Hardik Patel.

Respectfully submitted,

By:   /s/ *Francie Trimble*
Francie Trimble
State Bar No. 24126448
811 Main Street, suite 2500
Houston, TX 77002
(713) 244-8205
francie.trimble@hklaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served via ECF on this 29th day of August, 2023.

/s/ *Francie Trimble*
Francie Trimble

#227658785_v1