Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*September 08, 2022*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **4:22-cr-440** |
| vs. | § § | CRIMINAL NO. _____ |
| (1) SOHIL USMANGANI VAHORA, aka Sam aka Bapu, | § § § | |
| (2) ZAHEEN RAFIKBHAI MALVI, aka Zaheen Ganchi aka Zak, and | § § § | **UNDER SEAL** |
| (3) AMIRSINH DIWAN aka Hasan aka Hassan, | § § § | |
| Defendants. | § § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At times material to this Indictment:

1. Defendants and others known and unknown to the Grand Jury were members of a criminal fraud conspiracy (the "Fraud Ring") operating within the Southern District of Texas and elsewhere. The members of the Fraud Ring targeted victims throughout the United States, with the primary objective of tricking victims into sending money to the Fraud Ring. Commonly, those who fell prey to this fraud scheme were elderly persons.

2. The scheme used a number of different scams. One common scam involved members of the Fraud Ring based in India calling victims by telephone and misrepresenting themselves as government officials. They falsely stated that the victims were under investigation because the victims' Social Security numbers or identities were associated with criminal activity. To safeguard their assets, avoid arrest, or prevent government benefits from being cut off, the victims were instructed to send payment immediately.

1

GOVERNMENT EXHIBIT
A
4:23-cr-218

3. Sometimes victims were told to purchase gift cards in specific dollar amounts and provide the redemption codes to the Fraud Ring over the phone. Co-conspirators in the United States would use the redemption codes to purchase new gift cards or other items at retail stores.

4. Sometimes victims were told to mail parcels containing cash to names and addresses provided by the Fraud Ring. The addresses given were generally FedEx and UPS pick-up locations. Co-conspirators in the United States picked up these parcels using fake identification documents.

5. Between January 2017 and August 2020, the Fraud Ring defrauded hundreds of victims and caused more than $11,000,000 in losses.

## COUNT ONE
### (Conspiracy to Commit Mail Fraud and Wire Fraud – 18 U.S.C. § 1349)

6. Beginning in or about January 2017 and continuing through in or about August 2020, within the Southern District of Texas and elsewhere, Defendants

**(1) SOHIL USMANGANI VAHORA aka Sam aka Bapu,**
**(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak, and**
**(3) AMIRSINH DIWAN aka Hasan aka Hassan**

And others known and unknown to the Grand Jury, did knowingly conspire and agree with at least one other person to commit the following offenses:

    a. To knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and to knowingly use and cause to be used the United States mail and private and commercial interstate carriers for the purpose of executing the

2

scheme and artifice to defraud in violation of 18 U.S.C. § 1341 (mail fraud); and

    b.    To knowingly devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and to knowingly use and cause to be used interstate and foreign wire communications facilities in carrying out the scheme and artifice to defraud, in violation of 18 U.S.C. § 1343 (wire fraud).

**A.**    **The Manner and Means of the Scheme**

In furtherance of this conspiracy and to effect the objects thereof, the Defendants and other unindicted co-conspirators used the following manner and means, among others:

7.    Co-conspirators would make telephone calls to victims throughout the United States, including within the Southern District of Texas, and make false statements and promises, such as:

    a.    that the caller worked for the United States government;

    b.    that the victims were under investigation or scrutiny by the United States government; and

    c.    that the victims could avoid further investigation or scrutiny or avoid the United States government taking action against the victims' assets by sending payment.

8.    Generally, the Fraud Ring would instruct the victims to provide funds in one or more of the following ways:

3

  a. Purchase gift cards in specific dollar amounts and give the redemption codes on the gift cards to the Fraud Ring over the telephone.

  b. Mail cash in a parcel using a private mail carrier such as Federal Express ("FedEx").

9. When a victim purchased a gift card and gave the redemption code to the Fraud Ring, a member of the conspiracy acting as a "handler" would use cellular signals to send the redemption code to a member of the conspiracy acting as a "runner" in order for the runner to liquidate the gift card at a retail location in the United States. Gift cards were liquidated at retail locations throughout the United States.

10. When victims mailed cash in parcels, some parcels were mailed to FedEx locations inside various Walgreens drug stores, including stores within the Southern District of Texas.

11. When a parcel containing victim cash was mailed to a FedEx location inside a Walgreens drug store:

  a. A handler(s) would send a runner to pick up the parcel using a false identification document matching the name of the recipient on the parcel.

  b. When the runner had the parcel, the runner would make a video recording counting the cash in the parcel.

  c. The runner would send the video recording to other co-conspirator(s), including his or her handler(s).

      d.      After taking a cut of the proceeds from the cash, the runner would deliver to others or transmit of the remaining cash, as directed by his or her handler(s).

**B.    Overt Acts**

<u>Victim G.S.</u>

12.    In August 2019, an unindicted co-conspirator(s) called Victim G.S. in New York, NY. The unindicted co-conspirator(s), purporting to be calling from the Social Security Administration, falsely claimed that G.S.'s social security number had been compromised and used to commit various crimes. At the direction of the unindicted co-conspirator(s), G.S. mailed a parcel containing cash addressed to "Barrat Moraes" at a FedEx location inside a Walgreens drug store in Houston, Texas.

13.    After the parcel was mailed by Victim G.S., its status was tracked online by **SOHIL USMANGANI VAHORA**.

14.    On or about August 9, 2019, an unindicted co-conspirator ("UC #1"), a runner managed by **SOHIL USMANGANI VAHORA**, entered the Walgreens store in Houston, Texas, presented a false identification document with the name "Barrat Moraes," and was given the parcel mailed by Victim G.S.

<u>Victim R.E.</u>

15.    Beginning on or about August 6, 2019, an unindicted co-conspirator(s) called Victim R.E. in Coral Gables, FL. The unindicted co-conspirator(s) falsely claimed that R.E. had been the victim of identity theft and that she needed to send money to resolve the issue and protect her identity. At the direction of the unindicted co-conspirator(s), R.E. mailed several parcels containing cash. One parcel ("Parcel #1") was addressed to "Aaric Thomas" at a FedEx location

5

inside a Walgreens drug store in Houston, Texas. Another parcel ("Parcel #2") was addressed to "Aaric Thomas" at a FedEx location inside a Walgreens drug store in Missouri City, Texas.

16. After Parcel #1 was mailed by Victim R.E., its status was tracked online by **SOHIL USMANGANI VAHORA**.

17. On or about September 17, 2019, UC #1, a runner managed by **SOHIL USMANGANI VAHORA**, entered the Walgreens store in Houston, Texas, presented a false identification document with the name "Aaric Thomas," and was given Parcel #1 mailed by Victim R.E.

18. After Parcel #2 was mailed by Victim R.E., its status was tracked online by **SOHIL USMANGANI VAHORA**.

19. On or about September 19, 2019, UC #1, a runner managed by **SOHIL USMANGANI VAHORA**, entered the Walgreens store in Missouri City, Texas, presented a false identification document with the name "Aaric Thomas," and was given Parcel #2 mailed by Victim R.E.

Victim J.R.

20. Beginning on or about September 16, 2019, an unindicted co-conspirator(s) called Victim J.R., a resident of Houston, Texas. The unindicted co-conspirator(s) falsely claimed that J.R.'s social security number was associated with money laundering and drug trafficking and that a warrant had been issued for her arrest. At the direction of the unindicted co-conspirator(s), J.R. mailed a parcel containing cash from Houston, Texas, to "Smith Cruz" at a FedEx location inside a Walgreens drug store in Skokie, Illinois.

21. On or about September 23, 2019, **AMIRSINH DIWAN** entered the Walgreens drug store in Skokie, Illinois, presented a false identification document with the name "Smith Cruz," and was given the parcel mailed by Victim J.R.

Victim P.W.

22. On multiple dates in November 2019, an unindicted co-conspirator(s) called Victim P.W. in Van Vleck, Texas. The unindicted co-conspirator(s), purporting to be calling from the Social Security Administration, falsely claimed that P.W. was going to be arrested for money laundering. At the direction of the unindicted co-conspirator(s), P.W. mailed from Bay City, Texas, a parcel containing cash and addressed to "Parker Green" at a FedEx location inside a Walgreens drug store in River Grove, Illinois.

23. On or about November 11, 2019, **AMIRSINH DIWAN** entered the Walgreens store in River Grove, Illinois, presented a false identification document with the name "Parker Green," and was given the parcel mailed by Victim P.W.

Victim C.K.

24. Beginning in or about July 2020, an unindicted co-conspirator(s) called Victim C.K. in Schulenberg, Texas. The unindicted co-conspirator(s), purporting to call from the Drug Enforcement Administration (DEA), falsely claimed that her social security number was being used by drug traffickers and money launderers. At the direction of the unindicted co-conspirator(s), C.K. mailed from Gonzalez, Texas, a parcel containing cash and addressed to "Phil Orchez" at a FedEx location inside a Walgreens drug store in Schererville, Indiana.

25. After the parcel was mailed by Victim C.K., its status was tracked online by **ZAHEEN MALVI**.

Victim H.R.

26. In or about July 2020, an unindicted co-conspirator(s) called Victim H.R. in Corpus Christi, Texas. The unindicted co-conspirator(s) falsely claimed to be calling from a government agency. At the direction of the unindicted co-conspirator(s), H.R. mailed from Corpus Christi, Texas, a parcel containing cash and addressed to "Roc Cohen" at a FedEx location inside a Walgreens drug store in Munster, Indiana.

27. After the parcel was mailed by Victim H.R., its status was tracked online by **ZAHEEN MALVI**.

28. On or about July 31, 2020, an unindicted co-conspirator ("UC #2"), a runner managed by **SOHIL USMANGANI VAHORA** and **ZAHEEN MALVI**, entered the Walgreens store in Munster, Indiana, presented a false identification document with the name "Roc Cohen," and was given the parcel mailed by Victim H.R.

Victim T.V.

29. Beginning on or about July 31, 2020, an unindicted co-conspirator(s) called Victim T.V. in Spring, Texas. The unindicted co-conspirator(s), purporting to call from the Treasury Department, falsely claimed that her social security number was associated with money laundering and drug trafficking and money was needed for an investigation. At the direction of the unindicted co-conspirator(s), T.V. mailed from Spring, Texas, a parcel containing cash and addressed to "Frank Platz" at a FedEx location inside a Walgreens drug store in Valparaiso, Indiana.

30. After the parcel was mailed by Victim T.V., its status was tracked online by **ZAHEEN MALVI**.

31. On or about August 3, 2020, UC #2, a runner managed by **SOHIL USMANGANI VAHORA** and **ZAHEEN MALVI**, entered the Walgreens store in Valparaiso, Indiana, presented

8

a false identification document with the name "Frank Platz," and was given the parcel mailed by Victim T.V.

<u>Victim J.F.</u>

32. On or about June 10, 2020, an unindicted co-conspirator(s) called Victim J.F. in Houston, Texas. The unindicted co-conspirator(s) falsely claimed to be a representative of a computer tech support company and convinced J.F. that he had been overpaid a refund. At the direction of the unindicted co-conspirator(s), J.F. mailed from Houston, Texas, a parcel containing cash and addressed to "Justin Hill" at a FedEx location inside a Walgreens drug store in Racine, Wisconsin.

33. After the parcel was mailed by Victim J.F., its status was tracked online by **ZAHEEN MALVI**.

34. On August 6, 2020, UC #2, a runner managed by **SOHIL USMANGANI VAHORA** and **ZAHEEN MALVI**, entered the Walgreens drug store in Racine, Wisconsin, and presented a false identification document with the name "Justin Hill," and was given the parcel mailed by Victim J.F.

**All in violation of Title 18, United States Code, Section 1349.**

**COUNTS TWO THROUGH TEN**
**(Mail Fraud – 18 U.S.C. §§ 1341 and 2)**

The Grand Jury re-alleges Paragraphs 1 - 34 of this Indictment.

35. On or about the dates set forth below, in the Southern District of Texas and elsewhere, the defendants set forth below, with the intent to defraud, willfully participated in, with knowledge of its fraudulent nature, the above-described scheme and artifice to defraud and to obtain money and property by materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing or attempting to execute the above-described scheme

9

and artifice to defraud and deprive, did knowingly use and cause to be used the United States mail and private and commercial interstate carriers to send and deliver the mail matter set forth below.

| Ct. | Defendant(s) | Date | Mail Matter |
|---|---|---|---|
| 2 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu | August 9, 2019 | Mail matter containing cash sent by Victim G.S. and delivered to an address in Houston, Texas. |
| 3 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu | September 17, 2019 | Mail matter containing cash sent by Victim R.E. and delivered to an address in Houston, Texas. |
| 4 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu | September 19, 2019 | Mail matter containing cash sent by Victim R.E. and delivered to an address in Missouri City, Texas. |
| 5 | (3) AMIRSINH DIWAN aka Hasan aka Hassan | September 21, 2019 | Mail matter containing cash sent by Victim J.R. from an address in Houston, Texas. |
| 6 | (3) AMIRSINH DIWAN aka Hasan aka Hassan | November 8, 2019 | Mail matter containing cash sent by Victim P.W. from an address in Bay City, Texas. |
| 7 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu<br><br>(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak | July 30, 2020 | Mail matter containing cash sent by Victim C.K. from an address in Gonzalez, Texas. |
| 8 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu<br><br>(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak | July 30, 2020 | Mail matter containing cash sent by Victim H.R. from an address in Corpus Christi, Texas. |

| Ct. | Defendant(s) | Date | Mail Matter |
|---|---|---|---|
| 9 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu<br><br>(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak | July 31, 2020 | Mail matter containing cash sent by Victim T.V. from an address in Spring, Texas. |
| 10 | (1) SOHIL USMANGANI VAHORA aka Sam aka Bapu<br><br>(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak | August 5, 2020 | Mail matter containing cash sent by Victim J.F. from an address in Houston, Texas. |

**All in violation of Title 18, United States Code, Section 1341 and 2.**

## COUNT ELEVEN
**(Conspiracy to Commit Money Laundering – 18 U.S.C. § 1956(h))**

The Grand Jury re-alleges Paragraphs 1 - 35 of this Indictment.

36. Beginning on or about January 2017 and continuing through on or about August 2020, within the Southern District of Texas and elsewhere, the Defendants,

**(1) SOHIL USMANGANI VAHORA aka Sam aka Bapu,
(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak, and
(3) AMIRSINH DIWAN aka Hasan aka Hassan**

did knowingly conspire with others known and unknown to the Grand Jury, to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce which involved the proceeds of specified unlawful activity, to wit, mail fraud and wire fraud, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

**In violation of Title 18, United States Code, Section 1956(h).**

11

## NOTICE OF FORFEITURE
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendants,

**(1) SOHIL USMANGANI VAHORA aka Sam aka Bapu,
(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak, and
(3) AMIRSINH DIWAN aka Hasan aka Hassan**

that in the event of conviction of Conspiracy to Commit Mail Fraud and Wire Fraud (18 U.S.C. § 1349) or Mail Fraud (18 U.S.C. 1341), the Defendants shall forfeit to the United States of America all property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 982(a)(1)

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to Defendants,

**(1) SOHIL USMANGANI VAHORA aka Sam aka Bapu,
(2) ZAHEEN RAFIKBHAI MALVI aka Zaheen Ganchi aka Zak, and
(3) AMIRSINH DIWAN aka Hasan aka Hassan**

that in the event of conviction of Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h)), the Defendants shall forfeit to the United States of America all property, real or personal, involved in such offense, and all property traceable to such property.

*Money Judgment and Substitute Assets*

The United States will seek imposition of a money judgment against each Defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the Defendant in substitution up to the total value of the property subject to forfeiture.

A True Bill:

**Original Signature on File**

Grand Jury Foreperson

JENNIFER B. LOWERY
United States Attorney

By:

Stephanie Bauman
Eun Kate Suh
Assistant United States Attorneys
713-567-9000