United States District Court
Southern District of Texas

**ENTERED**
October 16, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CASE NO. 4:23-cr-218** |
| **v.** | § | |
| | § | |
| **(1) HARDIK JAYANTILAL PATEL,** | § | |
|    **aka Erik aka Mitesh aka Nick aka Dev, and** | § | |
| | § | |
| **(2) DHIRENKUMAR VISHNUBHAI PATEL,** | § | |
|       **Defendants.** | § | |

## ORDER

Pending before the Court is the Government's Motion to Transfer Case and Motion to Expedite. For reasons stated in the motion, the Court finds that judicial economy will be served by transfer of this case to the docket of U.S. District Court Judge Andrew S. Hanen, who is presiding over the related case of *United States v. Sohil Vahora et al.*, 4:22-cr-440. The Court therefore **GRANTS** the motion to expedite and **GRANTS** the motion to transfer case.

Signed in Houston, Texas, on October 16, 2023.

Charles R. Eskridge III
United States District Judge

1