**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CASE NO 4:23-cr-218** |
| **vs.** | § | |
| | § | |
| **(1) HARDIK JAYANTILAL PATEL** | § | |
| **aka Erik aka Mitesh aka Nick aka Dev,** | § | |
| **and** | § | |
| | § | |
| **(2) DHIRENKUMAR VISHNUBHAI** | § | |
| **PATEL** | § | |
| | § | |
| *Defendants.* | § | |

**CONSENT TO ORDER OF EXCLUDABLE DELAY**

I, DHIRENKUMAR VISHNUBHAI PATEL, as a Defendant in the above-captioned case, acknowledge that my attorney has filed a motion seeking a continuance of the deadlines for filing of pre-trial motions and trial in this case.   I understand that under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), the trial of my case must commence within 70 days from the later of the filing date of the indictment or information in this case or the date of my first appearance in the Southern District of Texas. I further understand that the motion of my attorney filed asks the Court to enter an order of excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), to permit her adequate time to investigate and prepare pre-trial motions, if necessary.  My attorney has represented to the Court that the ends of justice served by granting this continuance outweigh my best interests and the interests of the public in a speedy trial in conformity with the Speedy Trial Act's time limitations because the failure to grant this continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  I further understand that, if the Court grants the motion to continue, the Court will

enter an order excluding from the 70-day Speedy Trial Act time limitation the period of time until the next date scheduled for filing of pre-trial motions. Finally, I further understand that a period of excludable delay will continue from the date my attorney files any pre-trial motion, if any, until the conclusion of the hearing on, or other prompt disposition of the motion. Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

My attorney has discussed with me my rights under the Speedy Trial Act, the time limitations described above, the reasons for the which she seeks the delay sought in the Motion to Continue, and the consequences under the Speedy Trial Act, as described above, if this Court grants her requested delay ad if she files any pre-trial motion. With full comprehension of the foregoing, I hereby consent to my attorney's filing of the Motion to Continue and consent to this Court's entry of the excludable delay order described above. I also consent to future motions to continue, and I understand that I may revoke that consent at any time, if I so choose.

Signed on __October      5__, 2023

_____
Dhirenkumar Vishnubhai Patel, Defendant