# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                     Case Number: 4:23−cr−00218

Hardik Jayantilal Patel
Dhirenkumar Vishnubhai Patel

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Hardik Jayantilal Patel, Dhirenkumar Vishnubhai Patel as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/28/2023

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date: November 13, 2023                                Nathan Ochsner, Clerk