Case 4:23-cr-00218   Document 46   Filed on 12/11/23 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED

December 11, 2023

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **vs.** § § § | **CRIMINAL NO. 4:23-cr-218-S** |
| **(2) DHIRENKUMAR VISHNUBHAI PATEL,** § § § | |
| **Defendant.** § | |

**SUPERSEDING CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**(Conspiracy, 18 U.S.C. § 371)**

**A.    INTRODUCTION**

At times material to this Information:

1.    Defendant Dhirenkumar Vishnubhai Patel and others known and unknown to the Grand Jury were members of a criminal fraud conspiracy (the "Fraud Ring") operating within the Southern District of Texas and elsewhere.  The members of the Fraud Ring targeted victims throughout the United States, with the primary objective of tricking victims into sending money to the Fraud Ring.  Commonly, those who fell prey to this fraud scheme were elderly persons.

2.    The scheme used various scams.  One common scam involved members of the Fraud Ring based in India calling victims by telephone and misrepresenting themselves as U.S. government officials.  They falsely stated that the victims were under investigation because the victims' Social Security numbers or identities were associated with criminal activity.  To safeguard their assets, avoid arrest, or prevent government benefits from being cut off, the victims were instructed to send payment immediately.

3. Sometimes victims were told to mail parcels containing cash to names and addresses provided by the Fraud Ring. The addresses given were generally FedEx and UPS pick-up locations. Co-conspirators in the United States picked up these parcels using fake identification documents.

**B.    THE CONSPIRACY**

4. Beginning no later than February 2019 and continuing through in or about November 2019, within the Southern District of Texas and elsewhere, Defendant

**DHIRENKUMAR VISHNUBHAI PATEL,**

did knowingly combine, conspire, confederate, and agree with co-conspirators known and unknown to commit the following offense against the United States:

> To knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and to knowingly use and cause to be used the United States mail and private and commercial interstate carriers for the purpose of executing the scheme and artifice to defraud in violation of 18 U.S.C. § 1341 (mail fraud).

**C.    MANNER AND MEANS OF THE CONSPIRACY**

5. In furtherance of this conspiracy and to effect the objects thereof, the Defendant and other co-conspirators used the following manner and means, among others:

   a. Co-conspirators would make telephone calls to victims throughout the United States, including within the Southern District of Texas, and make false statements and promises, such as:

      i. that the caller worked for the United States government;

    ii.  that the victims were under investigation or scrutiny by the United States government; and

    iii.  that the victims could avoid further investigation or scrutiny or avoid the United States government taking action against the victims' assets by sending payment.

  b.  Generally, the Fraud Ring would instruct the victims to provide funds in one or more ways, including to mail cash in a parcel using a private mail carrier such as Federal Express ("FedEx"). Some parcels were mailed from locations within the Southern District of Texas.

  c.  Some parcels were mailed to FedEx locations inside various Walgreens drug stores, including stores within the Southern District of Texas.

  d.  When a parcel containing victim cash was mailed to a FedEx location inside a Walgreens drug store, a handler(s) would send a runner to pick up the parcel using a false identification document matching the name of the recipient on the parcel.

**D. OVERT ACTS**

<u>Victims C.M. & J.K.</u>

  6.  Beginning in or about September 2019, a co-conspirator(s) called Victim C.M. in Justice, Illinois. The co-conspirator(s), purporting to be a federal agent, threatened to come to C.M.'s home if C.M. did not send money or gift cards. At the direction of the co-conspirator(s), C.M. mailed several parcels containing cash. One parcel was addressed to "John Phillips" at a FedEx location inside a Walgreens drug store in Hammond, Indiana.

  7.  Beginning in or about October 2019, a co-conspirator(s) called Victim J.K. in Peoria, Illinois. The co-conspirator(s), purporting to be calling from the Social Security Administration (SSA), falsely claimed that J.K.'s social security number was under suspicion. At

the direction of the co-conspirator(s), J.K. mailed two parcels containing cash, including one addressed to "John Phillips" at a FedEx location inside a Walgreens drug store in Hammond, Indiana.

8.  On or about October 19, 2019, **DHIRENKUMAR VISHNUBHAI PATEL** entered the Walgreens store in Hammond, Indiana, presented a false identification document with the name "John Phillips," was given the parcel mailed by C.M. and the parcel mail by J.K., and departed the Walgreens store.

**All in violation of Title 18, United States Code, Section 371.**

ALAMDAR S. HAMDANI
United States Attorney

By: _____

Stephanie Bauman
Assistant United States Attorney
713-567-9000

4