# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

**WAIVER OF INDICTMENT**

United States of America

v.

DHIRENKUMAR VISHNUBHAI PATEL

Case Number: 4:23-cr-218-S

Defendant(s)

I, DHIRENKUMAR VISHNUBHAI PATEL, the above-named defendant, who is accused of Conspiracy [18 USC § 371]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ prosecution by indictment and consent
*Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer