# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                                          Case Number: 4:23−cr−00218

Dhirenkumar Vishnubhai Patel

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  12/15/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment


Date:    December 11, 2023

                                                                                            Nathan Ochsner, Clerk