Waver of Ind/SDTX

# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

**WAIVER OF INDICTMENT**

United States of America

v.

DHIRENKUMAR VISHNUBHAI PATEL

Case Number: 4:23-cr-218-S

Defendant(s)

I, DHIRENKUMAR VISHNUBHAI PATEL, the above-named defendant, who is accused of Conspiracy [18 USC § 371]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on December 15 2023 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X D. v Patel
Defendant

Sa D
Counsel for Defendant

Before: _____
Judicial Officer