UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                Case Number: 4:23−cr−00218

Dhirenkumar Vishnubhai Patel

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Dhirenkumar Vishnubhai Patel as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/18/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: December 15, 2023                                           Nathan Ochsner, Clerk