United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §   Criminal Case No.: H-23-218-1 |
| | § |
| HARKIK JAYANTILAL PATEL | § |

## ORDER RESETTING PSI DEADLINES

Pending before the Court is Defendant Hardik Patel's Unopposed Motion to Extend Sentencing Date and All Related Deadlines (Doc. No. 54). The Court GRANTS the motion and enters the following new deadlines:

1. The investigation and preparation of the pre-sentence report be completed by — **April 12, 2024**

2. Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by — **April 26, 2024**
If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit a final report by — **May 10, 2024**

4. This case is set for sentencing at **8:30 AM** on before United States District Judge Andrew S. Hanen. — **May 20, 2024**

Signed on January 30, 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE