UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   CASE NO. 4:23-CR-218-2 |
| vs. | § |
| | § |
| (2) DHIRENKUMAR VISHNUBHAI PATEL, | § |
| | § |
| Defendant. | § |

## ORDER

The Court **GRANTS** the Joint Motion to Continue Sentencing and Related Deadlines filed by the United States and Defendant Dhirenkumar Vishnubhai Patel and resets the sentencing dates as set forth below.

1. The Probation Office will disclose the initial Presentence Investigation Report (PSR) to counsel by _____.

2. Counsel will file any objections or a statement of no objection to the PSR by _____.

3. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

4. Sentencing will take place on _____ at _____.

Signed on _____, 2024.

_____
Andrew S. Hanen
United States District Judge