UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | CASE NO. 4:23-CR-218 |
| | § | |
| HARDIK JAYANTILAL PATEL | § | |

**ATTACHMENT FILED UNDER SEAL**