UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CASE NO. 4:23-CR-218 |
| HARDIK JAYANTILAL PATEL | § § | |

### DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Defendant Hardik Patel, who respectfully moves this Court for an Order authorizing M. Francie Trimble's withdrawal as counsel of record, and as grounds therefore would state:

1. M. Francie Trimble will be leaving Holland & Knight LLP as of March 15, 2024; therefore, she will no longer be representing Hardik Patel.

2. Hardik Patel remains represented in this case by Steven Block of the law firm of Holland & Knight LLP ("Holland & Knight") located at 150 N. Riverside Plaza, Suite 2700, Chicago, Illinois 60606.

3. All communications, orders, pleadings, and other documents should be directed to Steven Block via the contact information provided in the signature block below.

Dated: March 15, 2024.                Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

By:     *Steven A. Block*
         Steven A. Block, *Pro hac vice*
         Illinois Bar No. 6269433
         Steven.Block@hklaw.com
         150 N. Riverside Plaza, Suite 2700
         Chicago, Illinois 60606
         Telephone: (312) 715-5799
         Facsimile: (312) 578-6666

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of this above and foregoing document was served via ECF on this 15th day of March, 2024.

                                       *Steven A. Block*
                                       Steven A. Block