UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NO. 4:23-CR-218-2 |
| vs. | § | |
| | § | |
| (2) DHIRENKUMAR VISHNUBHAI PATEL | § | |

**UNOPPOSED MOTION FOR ORDER AUTHORIZING DEPOSIT OF SEIZED FUNDS INTO COURT REGISTRY IN ANTICIPATION OF RESTITUTION**

Defendant Dhirenkumar Vishnubhai Patel has entered a guilty plea to and awaits sentencing on one count of conspiracy to commit mail fraud in violation of 18 U.S.C. § 371. It is anticipated that the Court's judgment will include mandatory restitution.

By agreement with the United States, Defendant through his attorney plans to liquidate certain assets and deposit the proceeds with the U.S. District Court Clerk for application to his restitution debt once imposed. *See* Docket Entry No. 52 at ¶ 21. The Court Clerk cannot accept such presentence deposits without an order from the Court. Therefore, the United States respectfully requests the Court enter an order authorizing the Clerk of Court to accept presentence deposits in this case from or on behalf of Defendant and to apply those deposits to the restitution order, if any, imposed at Defendant's sentencing.

Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:      */s/ Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Phone: 713-567-9000

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Sara Richey, counsel of record for Defendant Dhirenkumar Vishnubhai Patel, on March 18, 2024, and she is unopposed to this motion.

*/s/ Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion was served on all counsel of record through ECF upon filing.

*/s/ Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney