United States District Court
Southern District of Texas
**ENTERED**
March 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NO. 4:23-CR-218-2 |
| vs. | § |
| | § |
| (2) DHIRENKUMAR VISHNUBHAI PATEL | § |

### ORDER

Defendant Dhirenkumar Vishnubhai Patel pleaded guilty to Count One of the Superseding Criminal Information. Count One charged Defendant with conspiracy to commit mail fraud in violation of 18 U.S.C. § 371. In his Plea Agreement, Defendant agreed to pay restitution to the victim(s) of his offense regardless of the count(s) of conviction. Defendant also agreed, through his attorney, to liquidate and apply to restitution certain assets that had been seized from around at or near the time of his arrest and had been named for forfeiture but were being returned to him by the government for the express purpose of being applied to restitution.

To facilitate these agreements of the parties, the Court will authorize Defendant or his counsel to deposit cashier's checks or money orders into the Court's Registry. Any such payments should be made payable to "Clerk, U.S. District Court" and brought to 515 Rusk or mailed to P.O. Box 61010, Houston, Texas 77208. The case number 4:23-CR-218-02 and Defendant's full name (Dhirenkumar Vishnubhai Patel) should be included on the cashier's check or money order so that proper credit will be received.

The Court, therefore, ORDERS that the U.S. District Court Clerk is authorized to accept funds deposited by or on behalf of Defendant Dhirenkumar Vishnubhai Patel and to hold them in the Court's Registry pending further order of this Court.

Signed on March 21, 2024.

Andrew S. Hanen
United States District Judge