United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CASE NO. 4:23-CR-218 |
| | § | |
| HARDIK JAYANTILAL PATEL | § | |

## ORDER ON DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL

On this date, the Court considered Defendant Hardik Patel's Motion to Withdraw as Counsel. The Court is opinion that motion should be GRANTED.

IT IS THEREFORE ORDERED that M. Francie Trimble of the law firm of Holland & Knight, LLP, 811 Main Street, Suite 2500, Houston, Texas 77002, is no longer counsel for Hardik Patel and that Steven Block remains lead counsel for Hardik Patel in the above-captioned case.

SIGNED this 29th day of March, 2024.

_____
JUDGE PRESIDING