IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:23-CR-00218-002 |
| DHIRENKUMAR VISHNUBHAI PATEL | § § § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSIR AND CONTINUE SENTENCING

On this day came to be heard Defendant's Unopposed Motion for Extension of Time to File Objections to PSIR and Continue Sentencing. After consideration of the motion, responses and arguments of counsel, if any, and applicable law, the Court is of the opinion that this motion should be:

GRANTED.

IT IS, THEREFORE, ORDERED, that sentencing be continued for sixty (60) days with sentencing now set on _____, 2024 at _____ and an extension for deadlines as follows:

Objections Due: _____, 2024

Final PSIR: _____, 2024

SIGNED AND ENTERED ON THIS _____ day of May, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE