Case 4:23-cr-00218   Document 68   Filed on 05/31/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. 4:23-CR-00218-002 |
| DHIRENKUMAR VISHNUBHAI PATEL | § § § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSIR AND CONTINUE SENTENCING

On this day came to be heard Defendant's Unopposed Motion for Extension of Time to File Objections to PSIR and Continue Sentencing. After consideration of the motion, responses and arguments of counsel, if any, and applicable law, the Court is of the opinion that this motion should be:

GRANTED.

IT IS, THEREFORE, ORDERED, that sentencing be continued for sixty (60) days with sentencing now set on __September 9__, 2024 at __8:30 AM__ and an extension for deadlines as follows:

Objections Due:   __August 2__, 2024
Final PSIR:       __August 23__, 2024

SIGNED AND ENTERED ON THIS __31st__ day of May, 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE