UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| vs. | § § | CASE NO. 4:23-CR-218 |
| HARDIK JAYANTILAL PATEL | § | |

**DEFENDANTS HARDIK PATEL'S UNOPPOSED MOTION
TO EXTEND SENTENCING DATE AND RELATED DEADLINES**

Defendant Hardik Patel respectfully moves the Court to extend the current sentencing date of August 19, 2024 and related pre-sentencing deadlines by 60 days, thereby resetting sentencing for on or after October 19, 2024.

On May 17, 2023, a grand jury indicted Hardik Patel for conspiracy to commit mail fraud and wire fraud, mail fraud, and conspiracy to commit money laundering. (Doc. No. 1). On December 1, 2023, Patel pled guilty to Count 1 of the indictment, pursuant to a written plea agreement. (Doc. 41). The Court ordered the PSI to be completed by February 9, 2024, objections to the PSI to be filed by February 23, 2024, the final PSI to be completed by March 8, 2024, and sentencing set for March 18, 2024 (Doc. 43). On January 30, 2024, the Court granted defendant's unopposed motion to continue sentencing for 60 days. Doc. 56. On March 29, 2024, the Court granted defendant's unopposed motion for a second 60 day extension. Doc. 64.

For the reasons set forth in the sealed attachment to this motion, defendant Hardik Patel respectfully requests that the sentencing dates set by the Court be extended by an additional 60 days.

As stated in the below Certificate of Conference, counsel for the United States has no objection to the requested extension.

WHEREFORE, Hardik Patel respectfully requests this Court grant his motion for a 60-day extension of the previously-entered sentencing dates.

Respectfully submitted,

        **HOLLAND & KNIGHT, LLP**

By:   */s Steven A. Block*
      Steven A. Block
      *Pro hac vice*
      Illinois Bar No. 6269433
      Steven.Block@hklaw.com
      150 N. Riverside Plaza, Suite 2700
      Chicago, Illinois 60606
      Telephone: (312) 715-5799
      Facsimile: (312) 578-6666

**COUNSEL FOR DEFENDANT**
**HARDIK PATEL**

## CERTIFICATE OF CONFERENCE

I certify that undersigned counsel for Defendant Hardik Patel contacted the following counsel, who have stated that they are unopposed to Defendant Hardik Patel's Motion to Extend Sentencing Date and Related Deadlines: Stephanie Bauman, counsel for the United States.

*/s Steven A. Block*
Steven A. Block

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this above and foregoing document was served via ECF on this 3rd day of June, 2024.

*/s Steven A. Block*
Steven A. Block