United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal Case No.: H-23-218-1 |
| | § | |
| HARKIK JAYANTILAL PATEL | § | |

## ORDER RESETTING PSI DEADLINES

Pending before the Court is Defendant Hardik Patel's Unopposed Motion to Extend Sentencing Date and All Related Deadlines (Doc. No. 59). The Court GRANTS the motion and enters the following new deadlines:

1. The investigation and preparation of the pre-sentence report
   be completed by                                                                     **October 4, 2024**

2. Counsel shall file objections in writing to the report (including
   the alleged facts of the offense and applicability to the sentencing
   guidelines) by                                                                       **October 18, 2024**
   If there is no objection, likewise a statement signed by Counsel
   and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit
   a final report by                                                                    **November 1, 2024**

4. This case is set for sentencing at **8:30 AM** on                                    **November 13, 2024**
   before United States District Judge Andrew S. Hanen.

Signed on June __5__, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE