# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                  Case Number: 4:23–cr–00218

Dhirenkumar Vishnubhai Patel

---

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Dhirenkumar Vishnubhai Patel as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/30/2024

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: September 6, 2024                          Nathan Ochsner, Clerk