United States District Court
Southern District of Texas
**ENTERED**
October 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:23-CR-218-02 |
| § | |
| DHIRENKUMAR VISHNUBHAI § | |
| PATEL, § | |
| Defendant. § | |

## ORDER

The Government's Motion to Dismiss Count One and Count Seven of the Criminal Indictment (Docket Entry 1) as to Defendant Dhirenkumar Vishnubhai Patel without prejudice is **GRANTED**.

Signed at Houston, Texas, on September 30, 2024.

_____
Andrew S. Hanen
United States District Judge