UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CASE NO. 4:23-CR-218 |
| vs. § | |
| § | |
| (1) HARDIK JAYANTILAL PATEL, § | |
| § | |
| Defendant. § | |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND SENTENCING DATE AND RELATED DEADLINES

The United States of America respectfully moves the Court to continue the sentencing hearing of Defendant Hardik Jayantilal Patel and all related deadlines by ninety (90) days, and in support states:

On December 1, 2023, Mr. Patel entered a guilty plea to Count One of the Indictment, Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. § 1349, pursuant to a written Plea Agreement.

Mr. Patel is currently set for sentencing on November 13, 2024. The Initial Presentence Investigation Report was due on October 4, 2024. Docket Entry No. 71 (PSI Order).

For the reasons set forth in the sealed attachment to this motion, the Government respectfully requests that the sentencing and PSR-related dates set by the Court be extended by an additional 90 days.

The Government has conferred with counsel for Mr. Patel, and counsel has advised that he has no objection to the requested extension.

        Respectfully submitted,

        Alamdar S. Hamdani
        United States Attorney

By:    /s/ Stephanie Bauman
        Stephanie Bauman
        Assistant United States Attorney
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        Telephone (713) 567-9000

## CERTIFICATE OF CONFERENCE

On October 11, 2024, I conferred by e-mail with Steven Block, attorney of record for Defendant Hardik Jayantilal Patel. Mr. Block advised that he is unopposed to the requested continuance.

        /s/ Stephanie Bauman
        Stephanie Bauman
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

A true and correct copy of this document and sealed attachment was served on Steven Block, attorney of record for Defendant Hardik J. Patel, by e-mail on October 15, 2024. A copy was also sent by e-mail to U.S. Probation.

        /s/ Stephanie Bauman
        Stephanie Bauman
        Assistant United States Attorney