UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   CASE NO. 4:23-CR-218 |
| vs. | § |
| | § |
| (1) HARDIK JAYANTILAL PATEL, | § |
| | § |
| Defendant. | § |

**ORDER**

The Court, having considered the Government's Unopposed Motion to Extend Sentencing Date and Related Deadlines, hereby **GRANTS** the motion and resets the sentencing dates as set forth below.

1. The Probation Office will disclose the initial Presentence Investigation Report (PSR) to counsel by _____.

2. Counsel will file any objections or a statement of no objection to the PSR by _____.

3. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

4. Sentencing will take place on _____ at _____.

Signed on _____, 2024.

_____
Andrew S. Hanen
United States District Judge