United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NO. 4:23-CR-218 |
| vs. | § |
| | § |
| (1) HARDIK JAYANTILAL PATEL, | § |
| | § |
| Defendant. | § |

## ORDER

The Court, having considered the Government's Unopposed Motion to Extend Sentencing Date and Related Deadlines, hereby **GRANTS** the motion and resets the sentencing dates as set forth below.

1. The Probation Office will disclose the initial Presentence Investigation Report (PSR) to counsel by February 14, 2025.

2. Counsel will file any objections or a statement of no objection to the PSR by February 28, 2025.

3. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

4. Sentencing will take place on March 24, 2025 at 8:30 AM.

Signed on October 16, 2024.

Andrew S. Hanen
United States District Judge