United States District Court
Southern District of Texas
**ENTERED**
March 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal Case No.: H-23-218-1 |
| | § | |
| HARKIK JAYANTILAL PATEL | § | |

## ORDER RESETTING PSI DEADLINES

Per the agreement of the parties, the Court hereby resets the deadlines as follows:

1. The investigation and preparation of the pre-sentence report be completed by — **Doc. No. 90**

2. Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by — **March 26, 2025**
   If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit a final report by — **April 11, 2025**

4. This case is set for sentencing at **8:30 AM** on before United States District Judge Andrew S. Hanen. — **April 23, 2025**

Signed this 9th day of March, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE