UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CASE NO. 4:23-CR-218-1 |
| § | |
| (1) HARDIK JAYANTILAL PATEL, § | |
| § | |
| Defendant. § | |

## MOTION TO DISMISS

The United States, in accordance with the Plea Agreement in this case, hereby moves the Court to dismiss without prejudice Counts Two through Seven of the Criminal Indictment at the time of sentencing.

Respectfully Submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By:   */s/ Stephanie Bauman*
Stephanie Bauman
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone (713) 567-9000