UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CASE NO. 4:23-CR-218-1 |
| (1) HARDIK JAYANTILAL PATEL, | § § § | |
| Defendant. | § | |

# **ORDER**

The Government's Motion to Dismiss Counts Two through Seven of the Criminal Indictment without prejudice is **GRANTED**.

Signed at Houston, Texas, on _____, 2025.

_____
Hon. Andrew S. Hanen
United States District Judge