United States District Court
Southern District of Texas
**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CASE NO. 4:23-CR-218-1 |
| § | |
| (1) HARDIK JAYANTILAL PATEL, § | |
| § | |
| Defendant. § | |

## ORDER

The Government's Motion to Dismiss Counts Two through Seven of the Criminal Indictment without prejudice is **GRANTED**.

Signed at Houston, Texas, on April 23, 2025.

Hon. Andrew S. Hanen
United States District Judge